# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2016

152831(3)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

IN RE LISA O. GORCYCA, JUDGE
6th CIRCUIT COURT

SC: 152831
JTC Formal Complaint 98

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

  On order of the Court, the request by the Judicial Tenure Commission for the appointment of a master is considered, and the Honorable Daniel P. Ryan is hereby appointed master to hear Formal Complaint No. 98.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2016


_____  _____